## 60745. RYNNE v. DENNIS et al.

DEEN, Chief Judge.
Affirmed in accordance with Court of Appeals Rule 36 (2) and (3).

*Judgment affirmed. Birdsong and Sognier, JJ., concur.*

ARGUED OCTOBER 1, 1980 — DECIDED OCTOBER 28, 1980.

*Ronald S. Stevens,* for appellant.
*John F. Sacha, Raymond Cunningham, Robert R. Potter,* for appellees.